

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond Franks

Plaintiff,

vs.

D.K. Sisto, Warden,

Defendant.

CV 08  1525

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS



I, __Raymond Franks__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or                         Yes ___  No ✓
10         self employment
11     b.  Income from stocks, bonds,                      Yes ___  No ✓
12         or royalties?
13     c.  Rent payments?                                  Yes ___  No ✓
14     d.  Pensions, annuities, or                         Yes ___  No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments,              Yes ___  No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                                   Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

1     b.   List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  None
6  
7  5.   Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 
16 Present balance(s): $ _____
*17 Do you own any cash? Yes ___ No ___ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 
21 8.   What are your monthly expenses?
22 Rent: $ 0    Utilities: 0
23 Food: $ 0    Clothing: 0
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 0     $ 0     $ 0
27 0     $ 0     $ 0
28     $ _____     $ _____ 9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | None
4 |
5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | None
10 |
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | MARCH 13, 2008                          Raymond Frink
17 |        DATE                          SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Raymond Franks** for the last six months at

**California State Prison, Solano** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **53.10** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **53.10**.

Dated: **2/25/08**          **Barbara Patton**
                          [Authorized officer of the institution]

- 5 -

FEB 2 0 2008

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _____ 19_____

To: Warden        Approved _____

I hereby request that my Trust Account be charged $ __3.00__ for the purpose stated below and authorize the withdrawal of that sum from my account:

__V 08354__
NUMBER

_Raymond Franks_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchases).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE __CERTIFY MY ACCT.__

NAME _____

ADDRESS _____

02-22-08P12:25 RCVD

__RAYMOND FRANKS__
PRINT YOUR FULL NAME HERE

```
REPORT ID: TS3030 .701                                                                    REPORT DATE: 02/25/08
                                      CALIFORNIA DEPARTMENT OF CORRECTIONS                 PAGE NO:       1
                                      CALIFORNIA STATE PRISON SOLANO
                                      INMATE TRUST ACCOUNTING SYSTEM
                                      INMATE TRUST ACCOUNT STATEMENT

                               FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 25, 2008

ACCOUNT NUMBER   : V08354                                 BED/CELL NUMBER: S21272000000234U
ACCOUNT NAME     : FRANKS, RAYMOND                        ACCOUNT TYPE: I
PRIVILEGE GROUP  : A

                                      TRUST ACCOUNT ACTIVITY

 DATE    CODE   DESCRIPTION           COMMENT        CHECK NUM    DEPOSITS   WITHDRAWALS   BALANCE
09/01/2007       BEGINNING BALANCE                                                          137.27
09/10   W474   DONATION-VICT          0928CHICKN                                 21.10      116.17
09/18   FC02   DRAW-FAC 2             1066-2ND                                   20.00       96.17
10/04   D554   INMATE PAYROLL         1207-09/07                   20.49                    116.66
10/09   W389   DONATION - YO          1270-PIZZA                                 21.50       95.16
10/15   FC02   DRAW-FAC 2             1383-2ND                                   20.00       75.16
11/06   D554   INMATE PAYROLL         1629-10/07                   24.31                     99.47
11/13   FC02   DRAW-FAC 2             1758-2ND                                   20.00       79.47
12/06   D300   CASH DEPOSIT           8630-2020                    20.00                     99.47
12/06   D554   INMATE PAYROLL         1997-07/07                   14.62                    114.09
12/06   D554   INMATE PAYROLL         1997-08/07                   25.41                    139.50
12/06   D554   INMATE PAYROLL         1997-10/07                   24.31                    163.81
12/06   W474   DONATION-VICT          2080COSTCO                                  8.00      155.81
12/18   FC02   DRAW-FAC 2             2219-2ND                                   20.00      135.81
 ACTIVITY FOR 2008
01/07   D554   INMATE PAYROLL         2405-12/07                   22.23                    158.04
01/14   FR01   CANTEEN RETUR          702524                                      4.15-     162.19
01/14   D300   CASH DEPOSIT           8822-2529                   100.00                    262.19
01/15   FC02   DRAW-FAC 2             2554-2529                                   20.00     242.19
01/22   D340   EFT DEPOSIT            JP545-2623                   20.00                    262.19
01/25   W502   POSTAGE CHARG          2695-POST                                    4.60     257.59
01/25   W502   POSTAGE CHARG          2695-POST                                    4.60     252.99
01/30   W502   POSTAGE CHARG          2733-POST                                    4.60     248.39
02/01   D300   CASH DEPOSIT           8901-2764                    25.00                    273.39
02/05   D554   INMATE PAYROLL         2826-01/08                   22.23                    295.62
02/11   FC02   DRAW-FAC 2             2938-2ND                                   80.00      215.62

                                      TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL          CURRENT       HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS      BALANCE      BALANCE        TO BE POSTED
  137.27        318.60         240.25         215.62        0.00            0.00

                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                        -------
                                                                         215.62
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
      TRUST OFFICE