Case # (if applicable): _____          March 10, 2008

To: **CLERK OF THE COURT**
    [ ] SUPERIOR COURT                  [✓] FEDERAL DISTRICT COURT
    [ ] COURT OF APPEAL                 [ ] FEDERAL COURT OF APPEAL
    [ ] CALIFORNIA SUPREME COURT     [ ] U.S. SUPREME COURT

From: Franks, Ramond
California State Prison - Solano
Housing: 12/234
P.O. Box 4000
Vacaville, California 95696-4000

CDC #: V08354

SBA

CV 08 -1525

E-filing

Re:
[✓] PETITION FOR WRIT OF HABEAS CORPUS
[ ] PETITION FOR REHEARING/RECONSIDERATION
[ ] PETITION FOR REVIEW
[ ] BRIEF ON APPEAL
[ ] MOTION TO COURT

Case:
[ ] IN RE _____
[ ] PEOPLE v. _____
[ ] OTHER: Ramond Franks v. D.K. Sisto

Dear Clerk:

   I am presently incarcerated at the California State Prison - Solano, in Vacaville. Due to my incarceration, indigency or minimal funds, and the current policy of the California Department of Corrections as stated in Deputy Director Memorandum 15/04, I cannot provide the required number of copies as required by the Rules of Court.

   Therefore, I must respectfully request that the court make the required additional copies and to serve any required copies on other parties as necessary.

   Furthermore, please send a conformed copy of the documents back to me as a receipt of filing. I apologize for any inconvenience that this may have caused.

Respectfully submitted,

Raymond Franks