**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    RAYMOND FRANKS,                          No.  CV 08-01525 SBA

9            Plaintiff,                        **ORDER**

10      v.

11   D K SISTO,

12           Defendant.
                                          /
13

14   GOOD CAUSE APPEARING THEREFOR,

15        IT IS ORDERED that this case is reassigned to the **Honorable Maria Elena James** in the

16   **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17   bear the **initials MEJ (PR)** immediately after the case number. All dates presently scheduled are

18   vacated and motions should be renoticed for hearing before the judge to whom the case has been

19   reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil

20   L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation

21   shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

22   proceed in accordance with Fed. R. Civ. P. 72(b).

23

24                                        FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  June 30, 2014                _____
                                          Richard W. Wieking
27                                        Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.