IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND FRANKS,** | Case No. C 08-1525 SBA (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **MARTIN FRINK, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an extension of time to and including December 22, 2014, in which to file a response to the order to show cause. Petitioner may file a traverse within 30 days of the filing of the answer.

Dated: _____11/24/2014_____                    _Saundra B. Armstrong_
                                                The Honorable Saundra B. Armstrong

1

[~~Proposed~~] Order (C 08-1525SBA (PR))