1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**RAYMOND FRANKS,**                     Case No. C 08-1525 SBA (PR)

12
                               Petitioner,   **ORDER GRANTING SECOND**
13                                           **EXTENSION OF TIME TO FILE**
                                             **ANSWER**
                        **v.**
14

15  **MARTIN FRINK, Warden,**

16                              Respondent.

17

18

19

20        GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until **January**

21  **21, 2015**, to file a response to the order to show cause.  Petitioner may file a traverse within **thirty**

22  **(30) days** of the filing of the answer.

23  Dated:  12/23/2014

24                                          The Honorable Saundra B. Armstrong

25

26

27

28

                                            1